Fairman Bros., Appellants, v. Smail Oil & Gas Co.

Submitted April 13, 1932.

Before TREXLER, P. J., KELLER, GAWTHROP, CUNNINGHAM, BALDRIGE, STADTFELD and PARKER, JJ.

*Edward Friedman,* and with him *Charles J. Margiotti, W. M. Gillespie, S. C. Pugliese* and *Samuel Wilson,* for appellant.

*Geo. W. Whitmer,* and with him *A. A. Geary* **for** appellee.

OPINION BY KELLER, J., July 14, 1932:

Counsel for appellants and appellee have agreed that the same judgment shall be entered by this court in this appeal as is entered in the appeal to April Term, 1932, No. 47, Fairman Bros. to use &c. v. Ogden Gas Co., 106 Pa. Superior Ct. 130.

Accordingly, for the reasons stated in the opinion filed in that case, the assignment of error is overruled and the order of the court below opening the judgment as to the defendant, Smail Oil & Gas Co., is affirmed.